sxb

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
JAN 28 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Evans Robinson III

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1:19-cv-00546
Judge Edmond E. Chang
Magistrate Judge Sheila M. Finnegan
PC 4

rt)

Douglas Meyer
Anthony Harvey

Oak Park Police Department
Oak Park Rush Hospital
The Village Of Oak Park

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

√ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Evans Robinson III

B. List all aliases:

C. Prisoner identification number: 20180513092

D. Place of present confinement: Cook County Corrections

E. Address: P.O. box 089002 Division-11-BF-403 Chicago, Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Douglas Meyer

Title: Oak Park Police Officer

Place of Employment: Oak Park Police Department

B. Defendant: Anthony Harvey

Title: Oak Park Police Officer

Place of Employment: Oak Park Police Department

C. Defendant: P. Marchese star 372/9400

Title: Oak Park Police Officer

Place of Employment: Oak Park Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May. 11, 2018 At Approx/2209 hours I was pulled Over by Oak Park Police Officer P. Marchese star 372/9400 for not having my tail lights on he then asked me for license an insurance I gave him my State Id and Insurance he wouldn't take the state Id so I kept searching for my license he then snatched my Keys out of ignition an told me to exit my vehicle when I exited my vehicle, I was rushed by theee other officers one placed me in handcuffs while the other two hit me with night sticks beating me severly in my legs, and ribs trying to make me fall to the ground those Officers are Anthony Harvey, and Douglas Meyer, when Officer Douglas Meyer noticed I was still standing he got mad picked me up while Im in handcuffs by my legs slamming me to the concrete face first my mouth was busted teeth where chipped and my legs bleeding from knees, to ankles, with embrations and Dash Camera caught all the footage OPFD 613 Arrived took me to Oak Park Rush hospital where

they took my blood without my consent an saying that I overdosed, off PCP but the medical report states I refused medical treatment, and Police report states, I refused all chemical testing and I got charged with two aggravated batteries, an two aggravated ressisting and dash camera proves, I never touched them swung, or kicked, like the report states, also was charged with a misdemeanor d.u.i. how could I overdose an committ Aggravated batteries, and ressist arrest.

They have me seeking for Punity Damage, Compensatory Damage, Significant Time with Kids, Illegal Incarceration, Police Bruitality, Unlawful Arrest, Pain an Suffering, Racism, an Racial Profiling. Dash camera and audio proves that they used Excessive force, an where the aggressors of an Unlawful arrest, in a Illegal search an seizure, Using Police miscondut, and Police bruitality, while I was in handcuffs the whole time so how could I swing or fight back. OFFicer P. Marchese purposely contradicted and exaggerated certain aspects of the Police report to secure charges, cover up an manipulate, what really took place on the night of May 11, 2018

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking for Punity damages, Compensatory damages, Significant time with Kids, Illegal Incarceration, Unlawful Arrest, Racism, Police Bruitality, Excessive Force, Pain an Suffering, Police Misconduct, Malpractice on Oak Park Rush Hospital, an Medical damages

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ________ day of ________, 20____

Evans Robinson
(Signature of plaintiff or plaintiffs)

Evans Robinson III
(Print name)

20180513092
(I.D. Number)

2120 Riverside Drive Plainfield, IL 60586
(Address)